UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NOREEN JANETTE KRAHNER,**

        **Plaintiff,**

-vs-                                                     Case No. 6:08-cv-2089-Orl-31KRS

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

# ORDER

This matter comes before the Court on Plaintiff's Complaint (Doc. 1) for denial of Social Security disability and Supplemental Security Income benefits, filed December 17, 2008. On January 5, 2010, Magistrate Judge Spaulding issued a Report and Recommendation in which she recommended that the decision of the Commissioner be reversed pursuant to sentence four of 42 U.S.C. § 405(g) and that the matter be remanded for an award of benefits. (Doc. 22 at 37). The commissioner filed an objection (Doc. 25) to the Report and Recommendation (Doc. 25) and the Plaintiff filed a response (Doc. 26).

The Commissioner contends that substantial evidence supports the Administrative Law Judge's findings and conclusion that Plaintiff was not disabled within the meaning of the Act. Furthermore, he argues that if a reversal is warranted, the case should once again be remanded for further administrative proceedings.

Having reviewed the record *de novo,* the Court concurs with the findings of the Magistrate Judge and her conclusion that the decision of the Commissioner should be reversed and remanded

for an award of benefits. Specifically, the Court agrees that the ALJ failed to articulate explicit and adequate reasons for discounting the testimony regarding the functional limitations arising from Krahner's seizures, the side effects of her medications, Dr. Prichard's conclusions regarding limitations on manual motor skills, and evidence of environmental limitations . (Doc. 22 at 36). Further, the Court agrees that once these limitations are accepted as true, pursuant to the vocational expert's testimony, there are no jobs Krahner can perform. (Doc. 22 at 36).

As to further proceedings, 42 U.S.C. § 405(g) allows the Court to remand for an entry of an award of benefits where the Commissioner has already considered the essential evidence and it is clear that the cumulative effect of the evidence establishes disability without any doubt. *Davis v. Shalala*, 985 F.2d 528, 534 (11th Cir. 1993) (citing *Bowen v. Heckler*, 748 F.2d 629, 635-36 (11th Cir. 1984). The Magistrate Judge found, and this Court agrees, that "it appears from the present record that disability has been established without any doubt." (Doc. 22 at 36). This case has now

been pending for ten years and the record, after three administrative hearings, has been fully developed. Accordingly, further administrative proceedings are not warranted.

It is, therefore

**ORDERED** that the Report and Recommendation (Doc. 22) of the Magistrate Judge is CONFIRMED and ADOPTED. The decision of the Commissioner is REVERSED, and the case is REMANDED for an award of benefits.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 22, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE