# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NOREEN JANETTE KRAHNER,**

    **Plaintiff,**

**-vs-**                                                        **Case No. 6:08-cv-2089-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

# ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's, Noreen Janette Krahner ("Plaintiff"), Unopposed Motion for Attorneys' Fees (the "Motion") (Doc. 31) and U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation regarding same (Doc. 32). Neither party objected to the Report and Recommendation and time for doing so has now passed. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 32) is **CONFIRMED** and **ADOPTED** as a part of this Order;

2. Plaintiff's Motion (Doc. 31) is **GRANTED**; and

3. Defendant, the Commissioner of Social Security, is hereby **ORDERED** to pay Attorney Richard A. Culbertson, Esq. the sum of $5,655.34, as attorneys' fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 20, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE